III. WHETHER THE ASSIGNMENT OF INFERIOR OFFICERS AND PRINCIPAL OFFICERS TO A SINGLE JUDICIAL TRIBUNAL ITSELF VIOLATED THE APPOINTMENTS CLAUSE.

No briefs will be filed under Rule 25.

Tuesday, January 10, 2017

No. 17–0138/AF.  U.S. v. Jason K. Slape.  CCA 38801.  Appellant's second motion to extend time to file the supplement to the petition for grant of review granted to January 24, 2017.

No. 17–0171/CG.  U.S. v. Koda M. Harpole.  CCA 1420.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 27, 2017.

Wednesday, January 11, 2017

No. 17–0115/MC.  U.S. v. Mark A. Tamburello.  CCA 201600109.  On consideration of the petition for grant of review of the decision of the United States Navy–Marine Corps Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue: